AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:18-M -01004(1) |
| | § |
| (1) Jose Carmen Rios-Moreno | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 05, 2018** in **Kinney** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Jose Carmen RIOS-Moreno, an alien, entered, or was found in the United States at or near Brackettville, Texas, after having been denied admission, excluded, deported, or removed from the United States through Brownsville/gateway on April 15, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**

.

I further state that I am a(n) **BORDER PATROL AGENT** and that this complaint is based on the following facts: *"The defendant, Jose Carmen RIOS-Moreno, was arrested by Border Patrol Agents, on February 5, 2018 for being an alien illegally present in the United States. Investigation*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Robles, Reynaldo
BORDER PATROL AGENT

02/07/2018
File Date

at   DEL RIO, Texas
City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                                  Case Number: DR:18-M -01004(1)

(1) Jose Carmen Rios-Moreno

**Continuation of Statement of Facts:**

and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on April 15, 2013 through Brownsville/gateway. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States."

_____
Signature of Judicial Officer

_____
Signature of Complainant