IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § § | CAUSE NO. DR-18-1004M (1) |
| JOSE CARMEN RIOS-MORENO | | |

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or its agents. I will not waive any of my constitutional rights except in the presence of counsel, and I do not want the government or its agents to contact me seeking my waiver of any rights unless my counsel is present.

*Yo, el acusado nombrado arriba, por la presente afirmo mis derechos, bajo la quinta enmienda y la sexta enmienda de la Constitución de los Estados Unidos, a mantener silencio y a tener presente mi abogado durante cualquier contacto con el gobierno o sus agentes o elementos policiacos. No renunciaré ninguno de mis derechos constitucionales sino en la presencia de mi abogado, y deseo que no me contacte ningún agente del gobierno con propósito de solicitar una renuncia a mis derechos constitucionales a menos que este presente mi abogado.*

_Jose Carmen Rios Moreno_  
Defendant's signature

Attorney's signature
2205 Veterans Blvd. Suite A-2
Del Rio, Texas  78840

Date: 2\9\18

Time: 10:28 a.m. / p.m.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this \_\_9th\_\_ day of \_\_Feb\_\_, 20\_18\_, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the United States Attorney for the Western District of Texas:

_____
Attorney